IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JONES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>S. SHERMAN, et al. ,<br><br>　　　　　　　　　　Defendants. | Case No. 1:21-cv-01093-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT<br><br>(ECF No. 17) |

　　　Defendants S. Sherman and D. Lopez (Defendants) filed a motion requesting a thirty-five day extension of time, up to and including November 30, 2021, in which to file and serve their response to Plaintiff's Complaint. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

　　　IT IS HEREBY ORDERED that Defendants' request for an extension of time (ECF No. 17) is GRANTED, and that Defendants' time to file and serve their response to Plaintiff's Complaint is extended for thirty-five calendar days, up to and including November 30, 2021.

IT IS SO ORDERED.

　　Dated:　**October 14, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1