UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JONES, | Case No. 1:21-cv-01093-NONE-EPG (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT, VACATING REQUIREMENT TO FILE SCHEDULE AND DISCOVERY STATEMENTS |
| v. | |
| | (ECF Nos. 22, 24). |
| STUART SHERMAN, et al., | |
| Defendants. | |

Plaintiff Tracy Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. After screening Plaintiff's complaint, the Court entered an order on November 10, 2021, requiring each party to submit a statement regarding the schedule and discovery matters within thirty days. (ECF No. 22).

On November 30, 2021, Defendants filed a motion to dismiss based on qualified immunity, which remains pending. (ECF No. 23). On December 8, 2021, Plaintiff filed a motion for extension of time to submit his statement regarding the schedule and discovery matters, generally arguing that he needs additional time to prepare his statement due to a lack of legal resources. (ECF No. 24). In light of the pending motion to dismiss, which may be dispositive of this case, the Court will vacate the requirement for the parties to submit a statement regarding the schedule and discovery matters until after the motion to dismiss is adjudicated.

1

Accordingly, IT IS ORDERED as follows:

1. The Court vacates the requirement for the parties to file a statement regarding the schedule and discovery matters (ECF No. 22);
2. If necessary, the Court will require the parties to file the statements after the adjudication of the pending motion to dismiss (ECF No. 23); and
3. Plaintiff's motion for extension of time (ECF No. 24) is denied as moot.

IT IS SO ORDERED.

Dated: __December 9, 2021__        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2