1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TRACY JONES,                              No.  1:21-cv-01093-DAD-EPG (PC)

12                    Plaintiff,

13          v.                                  ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS, RECOMMENDING
14    STUART SHERMAN, et al.,                   THAT DEFENDANTS' MOTION TO
                                                DISMISS BE GRANTED IN PART AND
15                    Defendants.               THAT DEFENDANTS' REQUEST FOR
                                                JUDICIAL NOTICE BE DENIED
16
                                                (Doc. No. 31)
17

18

19          Plaintiff Tracy Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in

20    this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

21    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22          On March 11, 2022, the assigned magistrate judge issued findings and recommendations,

23    recommending that the motion to dismiss filed by defendants Stuart Sherman and D. Lopez be

24    granted in part and that defendants' request for judicial notice be denied.  (Doc. No. 31.)  The

25    findings and recommendations were served on the parties and permitted them twenty-one days to

26    file objections, and then fourteen days thereafter to file a response to any objections.  (*Id.* at 21.)

27    On March 29, 2022, defendants filed objections.  (Doc. No. 32.)  To date, plaintiff has filed no

28    response to the objections, and the time in which to do so has now passed.

                                                  1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including defendants' objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.      The findings and recommendations issued on March 11, 2022 (Doc. No. 31) are adopted in full;

2.      Defendants' motion to dismiss (Doc. No. 23) is granted in part;

3.      Plaintiff's request for declaratory relief is dismissed, without prejudice to plaintiff filing a motion for leave to amend if a request for declaratory relief becomes necessary;

4.      Defendants' motion to dismiss is denied as to the request to dismiss plaintiff's claim because they are entitled to qualified immunity;

5.      Defendants' motion to dismiss is denied as to the request to dismiss plaintiff's request for punitive damages; and

6.      Defendants' request for judicial notice is denied.


IT IS SO ORDERED.

Dated:    September 13, 2022    

_____
UNITED STATES DISTRICT JUDGE

2