1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10   TRACY JONES, | Case No. 1:21-cv-01093-ADA-EPG (PC) |
| 11              Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE SCHEDULING AND DISCOVERY |
| 12       v. | STATEMENT AND NOTICE OF CHANGE OF ADDRESS |
| 13   STUART SHERMAN, et al., | |
| 14              Defendants. | TWENTY-ONE-DAY DEADLINE |
| 15 | (ECF No. 36) |
| 16 | ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND THE ORDER |
| 17 | REQUIRING STATEMENTS FROM PARTIES REGARDING SCHEDULE AND DISCOVERY (ECF NO. 36) TO PLAINTIFF |
| 18 | AT HIS ADDRESS ON THE DOCKET AND AT 3995 BOSTON AVE., SAN DIEGO, CA |
| 19 | 92113 |
| 20 | |

21          On September 15, 2022, the Court issued an order requiring the parties to submit

22   scheduling and discovery statements within thirty days.  (ECF No. 36).  The Court also required

23   Plaintiff to file a notice of change of address within thirty days.  (Id.).  On October 14, 2022,

24   Defendants filed their scheduling and discovery statement.  (ECF No. 37).  Plaintiff did not file a

25   scheduling and discovery statement or a notice of change of address, and his deadline to do so has

26   passed.

27          The Court will grant Plaintiff an additional twenty-one days to file his scheduling and

28   discovery statement and notice of change of address, and will direct the Clerk of Court to send

Plaintiff a copy of the order requiring statements from parties regarding schedule and discovery. The Court notes that if Plaintiff fails to file his statement or notice of change of address within this twenty-one-day period, the Court may issue findings and recommendations to the assigned district judge, recommending that this action be dismissed, without prejudice, for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to file his scheduling and discovery statement and notice of change of address;

2. Failure to comply with this order may result in the dismissal of this action; and

3. The Clerk of Court is directed to send a copy this order and a copy the order requiring statements from parties regarding schedule and discovery (ECF No. 36) to Plaintiff at his address listed on the docket and at 3995 Boston Ave., San Diego, CA 92113.

IT IS SO ORDERED.

Dated:   **October 24, 2022**                    /s/ _Erica P. Grosjean_

                              UNITED STATES MAGISTRATE JUDGE

2