UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>    Defendants. | No. 1:21-cv-01093-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND THE CORRESPONDING JUDGMENT TO PLAINTIFF AT HIS ADDRESS ON THE DOCKET AND AT 3995 BOSTON AVE., SAN DIEGO, CA 92113<br><br>ORDER FOR CLERK TO CLOSE CASE<br><br>(ECF Nos. 36, 38, & 39) |

Tracy Jones ("Plaintiff") is a state prisoner (or former state prisoner) proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2022, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case," and that "[t]he Clerk of Court be directed to close this case." (ECF No. 39, p. 3).

1

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on November 22, 2022, (ECF No. 39), are adopted in full;
2. This case is dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case;
3. The Clerk of Court is directed to send a copy this order and the corresponding judgment to Plaintiff at his address listed on the docket and at 3995 Boston Ave., San Diego, CA 92113; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 17, 2023

UNITED STATES DISTRICT JUDGE

2